# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| JEROME COAST, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | Case No. CV411-089 |
| ) | CR408-002 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **REPORT AND RECOMMENDATION**

Using one sheet of blank paper, Jerome Coast filed a 28 U.S.C. § 2255 motion that said, in its entirety (unedited):

> First Argument: U.S. Government relied on conviction that shouldn't have been relied on. 2nd Point: My plea agreement was made unknowingly. 3rd Point: My counsel Diane Morrell McLeod was ineffective on my behalf on this case. She didn't argue critical issues I asked her to present & as a consequence I lost my motion to suppress evidence & was forced into a plea.

CR408-002 doc. 48 at 1. The Court thus invited him resubmit it -- and on a § 2255 form motion. Doc. 49. Rather than comply, he filed a "Motion for Reduction of Sentence Pursuant to 28 U.S.C. § 2241," doc. 50; CV411-142, which limits itself to a U.S. Sentencing Guidelines amendment and does not mention any of the above claims.

In that Coast has abandoned his original motion, it should now be **DISMISSED WITHOUT PREJUDICE.**

**SO REPORTED AND RECOMMENDED** this 13th day of June, 2011.

/s/ *signature*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA