FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2011 AUG -1 PM 3: 18
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JEROME COAST, | ) |
| Petitioner, | ) |
| v. | ) CASE NOS. CV411-089 |
| | ) CR408-002 |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 4.) After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case, and the 28 U.S.C. § 2255 Petition is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 1st day of August 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA